IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40102
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESSE JAMES NAILON, JR.,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 5:96-CR-2-1
- - - - - - - - - - -
June 16, 1998

Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Jesse James Nailon, Jr., appeals his sentence for conspiracy to possess with intent to distribute cocaine and cocaine base and money laundering. Nailon argues that the district court clearly erred by giving him a four-level upward adjustment in his base offense level pursuant to U.S.S.G. § 3B1.1 for his role as an organizer or leader of criminal activity involving five or more participants.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the briefs of the parties, and hold that the district court did not clearly err in making the adjustment for Nailon's leadership role.  There was reliable evidence in the record reflecting that Nailon recruited a participant to transport cocaine and led drug-trafficking activities that involved more than five participants.  See U.S.S.G. § 3B1.1(a); United States v. Gadison, 8 F.3d 186, 196 (5th Cir. 1993).

AFFIRMED.